IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL D. SIMMONS,

      Petitioner,                      No. CIV S-10-2044 EFB P

    vs.

GEORGE J. GIUBINO,

      Respondent.                   ORDER

_____/

      Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent has filed a motion to transfer the case to the United States District Court for the Central District. *See* Dckt. No. 11. Petitioner opposes the motion.

      Petitioner was convicted in the Santa Barbara County Superior Court, but is confined in California State Prison, Corcoran. Although this court and the United States District Court in the district where petitioner was convicted both have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499-500 (1973), witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the county of conviction. *Id.* at 499 n. 15.

      Accordingly, it is hereby ordered that:

      1. Respondent's motion to transfer is granted; and

1

1    2.  This action is transferred to the United States District Court for the Central District of
2 California.

3 DATED: March 30, 2011.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE